01
02
03
04
05
06
07                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
08                              AT SEATTLE

09  UNITED STATES OF AMERICA,        )   CASE NO.: 05-275M
                                     )
10          Plaintiff,               )
                                     )
11          v.                       )   DETENTION ORDER
                                     )
12  TERRY EZELL,                     )
                                     )
13          Defendant.               )
    _____)
14

15  <u>Offense charged</u>:

16          Felon in Possession - Armed Career Criminal; Possession Cocaine Base with the Intent to

17  Distribute

18  <u>Date of Detention Hearing</u>:    July 1, 2005

19          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

20  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

21  that no condition or combination of conditions which defendant can meet will reasonably assure

22  the appearance of defendant as required and the safety of other persons and the community.

23          <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

24          (1)     The Complaint charges that defendant, having been convicted in King County,

25  Washington of nine separate felonies, illegally possessed a semi-automatic pistol. He is also

26  charged with a drug offense.

DETENTION ORDER                                                              15.13
18 U.S.C. § 3142(i)                                                          Rev. 1/91
PAGE 1

(2) Defendant has a lengthy criminal record, including the felony offenses referenced in the Complaint. He has been found guilty of bail jumping, and has a number of failures to appear.

(3) He was not interviewed by Pretrial Services. There is little information available regarding his personal history, residence, family ties, ties to this District, income, financial assets or liabilities, physical/mental health or controlled substance use if any.

(4) The defendant poses a risk of nonappearance based on a history of failing to appear, and unverified background information. He poses a risk of danger due to extensive criminal history.

(5) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

/ / /

/ / /

/ / /

(4)   The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this <u>1st</u> day of July, 2005.

Mary Alice Theiler
United States Magistrate Judge