JUDGE RICARDO MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR05-0273RSM |
| *Plaintiff,* | ) | |
| | ) | ORDER GRANTING A CONTINUANCE |
| V | ) | OF THE PRETRIAL MOTIONS |
| TERRY EZELL, | ) | CUTOFF DATE AND TRIAL DATE |
| | ) | AND FINDING OF EXCLUDABLE TIME |
| *Defendant* | ) | |

THE COURT having reviewed the stipulation of the parties, the records and files herein, including, but not limited to the Defendant's stipulation and waiver to extend the time for trial, the court has determined that a continuance of the trial date would be appropriate in this case because the interest of the defendant and pubic in speedy trial is outweighed by the interest of the defendant in having adequate time in which to investigate and prepare his defense to a significant criminal charge, and hereby makes the following findings of fact:

ORDER GRANTING A CONTINUANCE
 OF PRETRIAL CUTOFF DATE AND TRIAL
DATE AND  FINDING
EXCLUDABLE TIME - 1

*Phillips Law*
1111 3rd Ave, Suite 2220
 Seattle WA. 98101

1. The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case and that a continuance is necessary to insure effective trial preparation and that these factors outweigh the bests interests of the public in a more speedy trial within the meaning of 18 U.S.C. § 3161(h)(8)(A).

accordingly,

IT IS ORDERED that the trial date be continued from September 19, 2005, to January 9, 2006.

IT IS FURTHER ORDERED that the period of time from the current trial date of September 19, 2005, up to and including the new proposed trial date of January 9, 2006, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161, *et. seq*.

DONE this 16th day of September, 2005.

/s/ Marsha J. Pechman
JUDGE MARSHA J. PECHMAN for
JUDGE RICARDO MARTINEZ
United Stated District Judge

ORDER GRANTING A CONTINUANCE
OF PRETRIAL CUTOFF DATE AND TRIAL
DATE AND FINDING
EXCLUDABLE TIME - 2

*Phillips Law*
1111 3rd Ave, Suite 2220
Seattle WA. 98101

Presented by:

_____
HOWARD L. PHILLIPS, WSBA No. 17937
Phillips Law
1111 Third Avenue
Seattle WA. 98101
Telephone: (206) 725-0912
Fax: (206) 682-3746
Email: iidefend@aol.com


s/   Andrew Colasurdo

Assistant United States Attorney

*Telephonic Approval*

ORDER GRANTING A CONTINUANCE
 OF PRETRIAL CUTOFF DATE AND TRIAL
DATE AND  FINDING
EXCLUDABLE TIME - 3

*Phillips Law*
1111 3rd Ave, Suite 2220
 Seattle WA. 98101