Judge Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　 )<br>　　　　　　Plaintiff, 　　　　　　 )<br>　　　　　　　　　　　　　　　　 )<br>　　　　v.　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　 )<br>TERRY L. EZELL,　　　　　　　　 )<br>　　　　　　　　　　　　　　　　 )<br>　　　　　　Defendant.　　　　　　)<br>_____ ) | NO.   CR05-0273 RSM<br><br>ORDER GRANTING<br>STIPULATION TO CONTINUE TRIAL |

　　　THE COURT having considered the stipulation of the parties, the records and files herein, including, but not limited to the defendant's agreement to extend the time for trial, and hereby makes the following findings of fact:

　　　1.　　The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

　　　2.　　The Court further finds that the ends of justice will be served by ordering a continuance in this case and that a continuance is necessary to insure effective trial preparation and that these factors outweigh the bests interests of the public in a more speedy trial within the meaning of 18 U.S.C. § 3161(h)(8)(A).

　　　IT IS THEREFORE  ORDERED that the trial date be continued from September 25, 2006, to November 20, 2006.

ORDER GRANTING STIPULATED.
MOTION TO CONTINUE. TRIAL
U.S. v. EZELL, CR05-0273RSM - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

IT IS FURTHER ORDERED that the period of time from September 15, 2006, up to and including the new proposed trial date of November 20, 2006, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161, *et. seq*.

DONE this __19__ day of __September__ 2006.

                               RICARDO S. MARTINEZ
                               UNITED STATES DISTRICT JUDGE

Presented by:

s/ *C. Andrew Colasurdo*
C. ANDREW COLASURDO
Special Assistant United States Attorney
WA Bar #27449
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-4075
Fax:          (206) 553-0755
E-mail: Andy.Colasurdo@usdoj.gov


s/ *Howard L. Phillips* (per telephonic approval)
HOWARD L. PHILLIPS
Attorney for Terry L. Ezell

ORDER GRANTING STIPULATED.
MOTION TO CONTINUE. TRIAL
U.S. v. EZELL, CR05-0273RSM  - 2