JUDGE RICARDO MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR05-0273RSM |
| *Plaintiff,* | ) | |
| | ) | ORDER GRANTING A CONTINUANCE |
| V | ) | OF THE TRIAL DATEAND FINDING |
| TERRY EZELL, | ) | OF EXCLUDABLE TIME |
| | ) | |
| *Defendant* | ) | |
| | ) | |
| _____ | ) | |

THE COURT having reviewed the records and files herein, including, but not limited to the Defendant's waiver to extend the time for trial,  the court has determined that a continuance of the trial date would be appropriate in this case because the interest of the defendant and pubic in speedy trial is outweighed by the interest of the defendant in having adequate time in which to investigate and prepare his defense to a significant criminal charge, and hereby makes the following findings of fact:

1.      The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation of mental condition defense, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

ORDER GRANTING A CONTINUANCE
 OF TRIAL DATE AND  FINDING
EXCLUDABLE TIME - 1

*Phillips Law*
1111 3rd Ave, Suite 2220
 Seattle WA. 98101

1         2.      The Court further finds that the ends of justice will be served by

2 ordering a continuance in this case and that a continuance is necessary to insure effective

3 trial preparation and that these factors outweigh the bests interests of the public in a more

4 speedy trial within the meaning of 18 U.S.C. § 3161(h)(8)(A).  accordingly,

5         IT IS ORDERED that the trial date be continued from November 20, 2006,

6 to February 26, 2007.  Pretrial motions are due by January 18, 2007.  Defense to provide

7 any and all expert reports to government by December 29, 2006.

8         IT IS FURTHER ORDERED that the period of time from the current trial

9 date of November 20, 2006, up to March 14, 2007, including the new trial date of

10 February 26, 2007, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C.

11 §§ 3161, *et. seq*.

12

13         DONE this _14_ day of November, 2006.

14

15

16

17 RICARDO S. MARTINEZ

18 UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26 ORDER GRANTING A CONTINUANCE

27  OF TRIAL DATE AND  FINDING
EXCLUDABLE TIME - 2

28

***Phillips Law***
1111 3rd Ave, Suite 2220
 Seattle WA. 98101

1

2

3

4

5   Presented by:

6

7   _/s_____

8   HOWARD L. PHILLIPS, WSBA No. 17937
    Phillips Law
9   1111 Third Avenue
    Seattle WA. 98101
10  Telephone: (206) 725-0912
    Fax: (206) 682-3746
11  Email: iidefend@aol.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  ORDER GRANTING A CONTINUANCE          *Phillips Law*
27   OF TRIAL DATE AND  FINDING           1111 3rd Ave, Suite 2220
    EXCLUDABLE TIME - 3                    Seattle WA. 98101
28