THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>TERRY LAMELL EZELL,<br><br>        Defendant. | No: CR05-00273RSM<br><br>ORDER GRANTING DEFENDANT LEAVE TO FILE AN OVERLENGTH MOTION FOR RESENTENCING AND IMPOSITION OF A REDUCED SENTENCE PURSUANT TO SECTION 404 OF THE FIRST STEP ACT |

This matter comes before the Court upon the motion of the defendant, Terry L. Ezell, seeking leave to file overlength Motion For Resentencing And Imposition Of A Reduced Sentence Pursuant To Section 404 Of The First Step Act (Dkt. #148), and having reviewed petitioner's motion, and having considered the same, this Court hereby orders as follows:

Defendant's motion to file overlength leave to file overlength pleading is granted. Defendant is granted leave to file the following overlength pleading:

*ORDER GRANTING DEFENDANT'S MOTION FOR*
*LEAVE TO FILE AN OVERLENGTH MOTION - 1*

Law Office of Jonathan S. Solovy, PLLC
705 Second Avenue, Suite 1300
Seattle, Washington 98104-1741
(206) 388-1090
solovylaw@earthlink.net

| | |
|---|---|
| 1 | *Motion For Resentencing And Imposition Of A Reduced Sentence Pursuant To Section 404 Of The First Step Act* (Dkt. #148), which is 26 pages in length, excluding the certificate of service. |
| 2 | |
| 3 | DATED this 29th day of July, 2019. |

<br/>

_[signature]_
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

<br/>

Presented by:

*s/ Jonathan S. Solovy*
_____
Jonathan S. Solovy, WSBA #16622
Law Office of Jonathan S. Solovy, PLLC
Attorney for Terry L. Ezell

705 Second Avenue, Suite 1300
Seattle, WA 98104-1741
Telephone: (206) 388-1090
E-mail: solovylaw@earthlink.net

*ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE AN OVERLENGTH MOTION - 2*

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2019, I electronically filed the foregoing *Proposed Order for Defendant's Motion For Leave To File An Overlength Motion For Resentencing And Imposition Of A Reduced Sentence Pursuant To Section 404 Of The First Step Act*, with the Clerk of Court for the United States District Court for the Western District of Washington by using the CM/ECF system which will send notification of such filing to the attorney of record for the Plaintiff-Respondent.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

EXECUTED this 19th day of July, 2019, at Seattle, Washington.

                                            *s/ Jonathan S. Solovy*
                                          _____
                                          Jonathan S. Solovy, WSBA#16622
                                          Attorney for Terry L. Ezell

ORDER GRANTING DEFENDANT'S MOTION FOR
LEAVE TO FILE AN OVERLENGTH MOTION - 3

Law Office of Jonathan S. Solovy, PLLC
705 Second Avenue, Suite 1300
Seattle, Washington 98104-1741
(206) 388-1090
solovylaw@earthlink.net