The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | NO. 2:05-cr-00273-RSM |
| v. | **ORDER GRANTING AN EXTENSION OF TIME** |
| TERRY LAMELL EZELL, | |
| Defendant. | |

This Court, having considered the stipulation of the parties, hereby directs that:

1. The United States file its response to the motion of the Defendant for a reduction in sentence under the First Step Act on or before August 16, 2019; and

2. The defense counsel file any reply on or before September 5, 2019.

SO ORDERED this 29th day of July, 2019.

_[signature]_
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Helen J. Brunner*
HELEN J. BRUNNER
Assistant United States Attorney

**ORDER GRANTING AN EXTENSION OF TIME**
*United States v. Terry Lamell Ezell*
**2:05-cr-00273 - RSM**

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970