UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00273 RSM |
| Plaintiff, | |
| v. | |
| TERRY EZELL, | ORDER TO SEAL |
| Defendant. | |

Based upon the motion of the Defendant, and the representations made therein, it is HEREBY ORDERED that:

The Defendant's Motion to Seal, Dkt. #213, is GRANTED. Defendant's Exhibit A, Dkt. #214, in this matter is to be FILED UNDER SEAL because it contains sensitive information and is not permitted to be made publicly available.

IT IS SO ORDERED.

DATED this 31st day of May 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE