UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00273-RSM |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO WITHDRAW AND APPOINTMENT OF NEW COUNSEL |
| TERRY EZELL, | |
| Defendant. | |

THIS MATTER comes before the Court on counsel for Defendant's motion for appointment of new counsel. Having considered the motion and having reviewed the *ex parte* sealed declaration of Defense counsel, the Court finds and rules as follows: IT IS HEREBY ORDERED that defendant's motion, Dkt. #212, is GRANTED. Attorney Nicholas Vitek is permitted to withdraw as defense counsel in this matter. The Court DIRECTS the CJA coordinator to appoint new counsel. Nicholas Vitek shall remain counsel of record until successor counsel is appointed by the CJA Coordinator.

DATED this 31st day of May, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING WITHDRAWAL
(US v. Ezell; CR05-0273 RSM)