The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TERRY L. EZELL,<br><br>    Defendant. | NO. CR05-273 RSM<br><br>ORDER GRANTING UNITED STATES' UNOPPOSED MOTION TO FILE OVERLENGTH RESPONSE BRIEF<br><br>Note on Motion Calendar: Aug. 26, 2024 |

The Court has considered the government's unopposed motion for permission to file an overlength 6,957-word response to defendant Terry Ezell's Motion to Withdraw Admissions to Supervised Release Violations 1 and 5 (Dkt. 220). The Court GRANTS the government's request.

Dated this 27th day of August 2024.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Jonas Lerman*
JONAS LERMAN
Assistant United States Attorney

Order Granting U.S. Mot. to File Overlength Br. – 1
*United States v. Ezell*, CR05-273 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970